JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RA HASAN HAKEEM DAVIS, | Case No. CV 19-4837 RGK (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Court's Order Denying Petitioner's Request for Court to Hold Case in Abeyance,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 21, 2019

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE